December 13, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

JOSE ALONSO, Appellant

NO. 14-15-00898-CV                                V.

WESTIN HOMES CORPORATION, WESTIN HOMES OF TEXAS, LTD., AND
WESTIN HOMES AND PROPERTIES, L.P., Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Westin Homes Corporation, Westin Homes of Texas, LTD., and Westin Homes and Properties, L.P., signed September 24, 2015, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Jose Alonso, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.